# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES SHANE WEEKS and MAXANN WEEKS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:15-cv-00588-O-BP |
| GREEN TREE SERVICING LLC, | § § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 49. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Finding, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge is accepted as the findings of the Court. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 24) is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED** on this **26th day** of **September, 2017**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**